IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL S. HAMMON et al., | : | |
| *Plaintiffs*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETT TOWNSHIP et al., | : | No. 17-1586 |
| *Defendants*. | : | |

# O R D E R

**NOW**, this 6th day of December, 2017, upon consideration of the Defendants Motion to Motion to Dismiss (Doc. No. 9), the Response in Opposition (Doc. No. 11), the Reply in Support (Doc. No. 14), and Oral Argument held relating thereto on November 27, 2017, it is **hereby ORDERED** that the Motion to Dismiss (Doc. No. 9) is **GRANTED** as outlined in this Court's December 6, 2017 accompanying memorandum opinion.

The Clerk of Court will mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE